UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

    ROBERT J. SCHNOOR,                Case No. 09-00772-jrh
                                                      Chapter 13 converted to 7: 02/06/09
    Debtor.                                 Hon. Jeffrey R. Hughes
_____/

**VERIFICATION OF AMENDED SCHEDULES F, H and PRINTED MATRIX**

Robert J. Schnoor, the above-captioned Debtor, declares under penalty of perjury that Schedule F and the Printed Matrix are hereby amended and I have read the attached 5 pages and hereby state that this information is true and correct to the best of my information, knowledge, and belief.

Dated: October 16, 2009                                 _/s/ Robert J. Schnoor_____
                                                                     Robert J. Schnoor, Debtor

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

841601.092409.verification

B6F (Official Form 6F) (12/07)

In re **Robert Judd Schnoor** ,  Case No. **09-00772-jrh**
          Debtor(s)                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/29/2009

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>DENNIS GOETHAL, ET AL<br>C/O THERESA K PHELPS<br>6207 BREWER AVENUE NE<br>Rockford MI 49341 | X | EDNA CURTIS INVESTMENTS, LLC<br>Kent Cty Cir Ct Case #09-05864-CC | | | | FOR NOTICE |
| Account No:<br>Representing:<br>DENNIS GOETHAL, ET AL | | CLERK OF THE COURT<br>KENT COUNTY CIRCUIT COURT<br>180 OTTAWA AVE NW  STE 2400<br>Grand Rapids MI 49503 | | | | |
| Account No:<br>Creditor # : 2<br>TRAVELERS CASUALTY & SURETY CO<br>770 PENNSYLVANIA DRIVE<br>Exton PA 19341 | X | 2008 ($395,000)<br>Surety & Performance Bonds<br>INDEMNITY: JSRF, LLC - The Villas at<br>TerraVista Knox County, TN | | | | FOR NOTICE |
| Account No:<br>Representing:<br>TRAVELERS CASUALTY & SURETY CO | | SANDERS, DANIEL A<br>400 MAIN STREET<br>SUITE 612 CITY-COUNTY BLDG<br>Knoxville TN 37902-2405 | | | | |

_1_ continuation sheets attached

Subtotal $ | $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
 and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re **Robert Judd Schnoor** ,  Case No. **09-00772-jrh**
                     Debtor(s)                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Amended 09/29/2009
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Representing:*<br>TRAVELERS CASUALTY & SURETY CO | | KNOX COUNTY MAYOR<br>205 WEST BAXTER AVENUE<br>Knoxville TN 37917 | | | | |
| Account No:<br>*Representing:*<br>TRAVELERS CASUALTY & SURETY CO | | TN DEPT OF TRANSPORTATION<br>OPERATIONS SPECIALIST<br>PO BOX 58<br>Knoxville TN 37901 | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. **1** of **1** continuation sheets attached to Schedule of  Subtotal $  $ 0.00
Creditors Holding Unsecured Nonpriority Claims  Total $  $ 0.00
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6H (Official Form 6H) (12/07)

In re  Robert Judd Schnoor                                            / Debtor        Case No.  09-00772-jrh
                                                                                                (if known)

# SCHEDULE H-CODEBTORS

AMENDED 09/29/2009

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Edna Curtis Investments LLC<br>8 E. Bridge Street<br>Rockford, MI  49341 | Dennis Goethal, et al<br>c/o Theresa K. Phelps<br>6207 Brewer Avenue NE<br>Rockford, MI  49341 |
| Frost, Patricia Ann<br>8316 Corteland Drive<br>Knoxville, TN  37909 | Travelers Casualty & Surety Co.<br>770 Pennsylvania Drive<br>Exton, PA  19341 |
| Frost, Richard<br>8316 Corteland Drive<br>Knoxville, TN  37909 | Travelers Casualty & Surety Co.<br>770 Pennsylvania Drive<br>Exton, PA  19341 |
| JSRF LLC<br>8316 Corteland Drive<br>Knoxville, TN  37909 | Travelers Casualty & Surety Co.<br>770 Pennsylvania Drive<br>Exton, PA  19341 |
| Schnoor, Jane T.<br>6973 Wildemere Drive, NE<br>Rockford, MI  49341 | Travelers Casualty & Surety Co.<br>770 Pennsylvania Drive<br>Exton, PA  19341 |

Page _____ of _____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

## Amended 09/29/2009

In re *Robert Judd Schnoor*  
    *aka R. Judd Schnoor*

Case No. *09-00772-jrh*  
Chapter 7

_____ / Debtor

Attorney for Debtor:   *Robert F. Wardrop II*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my (our) knowledge, and that all creditors listed on the schedules (if filed with the matrix) are listed on the matrix.

Date: _October 16, 2009_

_____  
Attorney for the Debtor

_____  
Debtor

```
CLERK OF THE COURT
KENT COUNTY CIRCUIT COURT
180 OTTAWA AVE NW  STE 2400
GRAND RAPIDS  MI  49503


DENNIS GOETHAL  ET AL
C/O THERESA K PHELPS
6207 BREWER AVENUE NE
ROCKFORD  MI  49341


KNOX COUNTY MAYOR
205 WEST BAXTER AVENUE
KNOXVILLE  TN  37917


SANDERS  DANIEL A
400 MAIN STREET
SUITE 612 CITY-COUNTY BLDG
KNOXVILLE  TN  37902-2405


TN DEPT OF TRANSPORTATION
OPERATIONS SPECIALIST
PO BOX 58
KNOXVILLE  TN  37901


TRAVELERS CASUALTY & SURETY CO
770 PENNSYLVANIA DRIVE
EXTON  PA  19341
```